# EXHIBIT A

 Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/22/2022
CT Log Number 541790836

## Service of Process Transmittal Summary

**TO:**   Timothy Horn
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

**RE:**   **Process Served in Connecticut**

**FOR:**   Whole Foods Market Group, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TYE, GENE // To: Whole Foods Market Group, Inc. |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/22/2022 at 12:23 |
| **JURISDICTION SERVED:** | Connecticut |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/22/2022, Expected Purge Date: 06/27/2022 |
| | Image SOP |
| | Email Notification,  Timothy Horn  timothy.Horn@wholefoods.com |
| | Email Notification,  Ashley Nugent  ashley.nugent@wholefoods.com |
| | Email Notification,  Jennifer LaPlante  jennifer.laplante@wholefoods.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 67 Burnside Ave |
| | East Hartford, CT 06108 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**See other side for instructions**

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 )548-2700 | July 19, 2022 |

| [X] Judicial District  [ ] Housing Session | [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Hartford | Case type code (See list on page 2) Major: T  Minor: 12 |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Connecticut Trial Firm, LLC, 437 Naubuc Avenue, Suite 107, Glastonbury, CT 06033 | 436558 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 471-8333 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to) service@cttrialfirm.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Tye, Gene  Address: 61 Crossroads Lane, Glastonbury, CT 06033 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Whole Foods Market Group, Inc, 55 Welles Street, Glastonbury, CT 06033  Address: A/F/S: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional Defendant | Name: Brixmor Residual Shoppes at Fox Run, LLC  450 Lexington Ave., 13th Fl. New York, NY 10017  Address: A/F/S: Corporation Service Company, Goodwin Square, 225 Asylum St, 20th Fl. Hartford, CT 06103 | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left Andrew B. Ranks | Date signed 06/21/2022 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | A TRUE COPY ATTEST  KEITH D. NIZIANKIEWCZ  CONNECTICUT STATE MARSHAL  INDIFFERENT PERSON |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

*1. Type or print legibly; sign summons.*
*2. Prepare or photocopy a summons for each defendant.*
*3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
*4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
*5. Do not use this form for the following actions:*

> *(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)*
> *(b) Summary Process actions*
> *(c) Applications for change of name*
> *(d) Probate appeals*
> *(e) Administrative appeals*

> *(f) Proceedings pertaining to arbitration*
> *(g) Any actions or proceedings in which an attachment, garnishment or replevy is sought*
> *(h) Entry and Detainer proceedings*
> *(i) Housing Code Enforcement actions*

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| RETURN DATE: JULY 19, 2022 | : | SUPERIOR COURT |
| TYE, GENE | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| WHOLE FOODS MARKET GROUP, INC. ET AL. | : | JUNE 21, 2022 |

## COMPLAINT

**FIRST COUNT: (Premises Liability – as to Whole Foods Market Group, Inc.)**

1.     At all times mentioned herein, the defendant, Whole Foods Market Group, Inc., was and is a foreign corporation organized and existing under the laws of the State of Delaware and was authorized to do business in the State of Connecticut.

2.     At all times mentioned herein, the defendant, Whole Foods Market Group, Inc., owned, possessed, controlled, managed, leased and/or maintained the premises located at 55 Welles Street, Glastonbury, Connecticut (hereinafter "the Premises"), and were responsible for the proper and adequate maintenance, care and upkeep of said premises, including the entranceway.

3.     The subject Premises is a grocery store doing business as Whole Foods Market.

4.     On or about July 26, 2020, the plaintiff, Gene Tye, was lawfully on the premises of 55 Welles Street, Connecticut and was traversing the entranceway, when he was suddenly and without warning, caused to fall due to the dangerous and defective condition of the entranceway—namely a spilled material which had been left in the area for an unreasonable period of time—which caused the plaintiff to sustain and suffer the severe personal injuries and losses hereinafter set forth.

5.     This incident and the injuries and losses sustained and suffered by the plaintiff, Gene Tye, were caused by the negligence and carelessness of the defendants, their agents,

·1·

servants and/or employees, in one or more of the following ways:

    a.     in that they had actual and/or constructive knowledge of the condition/defect and failed to remedy same;

    b.     in that they participated in the creation of the risk and hazard complained of herein and thus were on notice of the dangerous condition;

    c.     in that they failed to provide the plaintiff and other persons lawfully upon said premises with a reasonably safe premises, including the entranceway; and/or

    d.     in that they failed to provide adequate warnings to the plaintiff and other persons lawfully on the premises of the defective condition of the entranceway; and/or

    e.     in that they failed to make reasonable and proper inspections of said premises, including the entranceway, in time to detect and remedy the dangerous and/or defective condition of said hallway; and/or

    f.     in that they knew, or in the exercise of reasonable care and inspection should have known, of the dangerous condition of the entranceway and should have taken measures to remedy and correct the same, but this they failed to do; and/or

    g.     in that they allowed or permitted the aforesaid dangerous and/or defective condition to exist for an unreasonable period of time, yet they took no measures to render the entranceway safe for the plaintiff and other persons lawfully on said stairway; and/or

    h.     in that they failed to remedy the dangerous and/or defective condition of the entranceway, although they could have and should have done so in the exercise of reasonable care; and/or

    6.     As a result of this incident and the negligence and carelessness of the defendants, the plaintiff, Gene Tye, suffered the following serious injuries, some or all of which may be permanent in nature:

    a.     Stiffness in the left groin;

    b.     Numbness in his thigh and lower back;

    c.     Pain and injuries to his left hip;

    d.     Total left hip arthroplasty; and

    e.     pain and suffering, both mental and physical.

**CONNECTICUT TRIAL FIRM**, LLC
437 Naubuc Avenue, Suite 107, Glastonbury, CT 06033 · 860.471.8333 · Facsimile: 860.471.8332
Juris No. 436558

7.      As a further result of this incident, the plaintiff, Gene Tye, was forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, physical therapy, x-rays, medicines and the like, and she may be obligated for further such sums in the future.

8.      As a further result of this incident, the plaintiff, Gene Tye, has been, and will likely continue to be, unable to pursue his usual activities to the same extent as prior to the incident, all to her further loss and detriment.

9.      As a further result of the aforesaid incident and the injuries and effects thereof, the Plaintiff has been unable to perform his normal occupational duties as he did prior to the incident and has lost income from his employment and his earning capacity may have been permanently impaired.

**SECOND COUNT: (Premises Liability – as to Brixmor Residual Shoppes at Fox Run, LLC)**

1.  At all times mentioned herein, the defendant, Brixmore Residual Shoppes at Fox Run, LLC, was and is a foreign corporation organized and existing under the laws of the State of Delaware and was authorized to do business in the State of Connecticut.

2.      At all times mentioned herein, the defendant, Brixmore Residual Shoppes at Fox Run, LLC, owned, possessed, controlled, leased and/or maintained the premises located at 55 Welles Street, Glastonbury, Connecticut (hereinafter "the Premises"), and were responsible for the proper and adequate maintenance, care and upkeep of said premises, including the entranceway.

3.      The subject Premises is a grocery store doing business as Whole Foods Market.

4.      On or about July 26, 2020, the plaintiff, Gene Tye, was lawfully on the premises of 55 Welles Street, Connecticut and was traversing the entranceway, when he was suddenly and

·3·

without warning, caused to fall due to the dangerous and defective condition of the entranceway—namely a spilt material which had been left in the area for an unreasonable period of time—which caused the plaintiff to sustain and suffer the severe personal injuries and losses hereinafter set forth.

5.     This incident and the injuries and losses sustained and suffered by the plaintiff, Gene Tye, were caused by the negligence and carelessness of the defendants, their agents, servants and/or employees, in one or more of the following ways:

a.   in that they had actual and/or constructive knowledge of the condition/defect and failed to remedy same;

b.     in that they participated in the creation of the risk and hazard complained of herein and thus were on notice of the dangerous condition;

c.     in that they failed to provide the plaintiff and other persons lawfully upon said premises with a reasonably safe premises, including the entranceway; and/or

d.     in that they failed to provide adequate warnings to the plaintiff and other persons lawfully on the premises of the defective condition of the entranceway; and/or

e.     in that they failed to make reasonable and proper inspections of said premises, including the entranceway, in time to detect and remedy the dangerous and/or defective condition of said hallway; and/or

f.     in that they knew, or in the exercise of reasonable care and inspection should have known, of the dangerous condition of the entranceway and should have taken measures to remedy and correct the same, but this they failed to do; and/or

g.     in that they allowed or permitted the aforesaid dangerous and/or defective condition to exist for an unreasonable period of time, yet they took no measures to render the entranceway safe for the plaintiff and other persons lawfully on said stairway; and/or

h.     in that they failed to remedy the dangerous and/or defective condition of the entranceway, although they could have and should have done so in the exercise of reasonable care; and/or

6.     As a result of this incident and the negligence and carelessness of the defendants, the plaintiff, Gene Tye, suffered the following serious injuries, some or all of which may be

·4·

permanent in nature:

    a.  Stiffness in the left groin;

    b.  Numbness in his thigh and lower back;

    c.  Pain and injuries to his left hip;

    d.  Total left hip arthroplasty; and

    e.  pain and suffering, both mental and physical.

7.    As a further result of this incident, the plaintiff, Gene Tye, was forced to incur financial obligations for hospital and medical care and treatment, diagnostic studies, physical therapy, x-rays, medicines and the like, and she may be obligated for further such sums in the future.

8.    As a further result of this incident, the plaintiff, Gene Tye, has been, and will likely continue to be, unable to pursue his usual activities to the same extent as prior to the incident, all to her further loss and detriment.

9.    As a further result of the aforesaid incident and the injuries and effects thereof, the Plaintiff has been unable to perform his normal occupational duties as he did prior to the incident and has lost income from his employment and his earning capacity may have been permanently impaired.

**CONNECTICUT TRIAL FIRM,** LLC
437 Naubuc Avenue, Suite 107, Glastonbury, CT 06033  ·  860.471.8333  ·  Facsimile: 860.471.8332
Juris No. 436558

WHEREFORE, the plaintiff claims:

1. Monetary damages.

2. Such other legal and equitable relief as the Court deems proper.

THE PLAINTIFF,
GENE TYE,

/s/     Andrew B. Ranks, Esq.
Andrew B. Ranks, Esq.
Connecticut Trial Firm, LLC
437 Naubuc Avenue
Suite 107
Glastonbury, CT 06033
Tel:     (860) 471-8333
Fax:    (860) 471-8332
Juris No. 436558

A TRUE COPY ATTEST

KERRY D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

-6-

RETURN DATE: JULY 19, 2022              :        SUPERIOR COURT

TYE, GENE                                              :        J.D. OF HARTFORD

V.                                                          :        AT HARTFORD

WHOLE FOODS MARKET GROUP,           :        JUNE 21, 2022
INC. ET AL.

## **STATEMENT OF AMOUNT IN DEMAND**

The amount of money damages claimed is greater than Fifteen Thousand Dollars

($15,000.00) exclusive of interest and costs.

THE PLAINTIFF,
GENE TYE,

/s/    Andrew B. Ranks, Esq.
Andrew B. Ranks, Esq.
Connecticut Trial Firm, LLC
437 Naubuc Avenue
Suite 107
Glastonbury, CT 06033
Tel:    (860) 471-8333
Fax:    (860) 471-8332
Juris No. 436558

A TRUE COPY ATTEST

KEITH D. MIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

-7-