# EXHIBIT C

# WHOLE FOODS MARKET GROUP, INC.   ACTIVE

550 BOWIE ST 550 BOWIE ST, AUSTIN, TX, 78703, United States

**BUSINESS DETAILS**

## Business Details

### General Information

Business Name
WHOLE FOODS MARKET GROUP, INC.

Business status
ACTIVE

Citizenship/place of formation
Foreign/DE

Business address
550 BOWIE ST 550 BOWIE ST, AUSTIN, TX, 78703, United States

Annual report due
1/21/2023

NAICS code
Supermarkets and Other Grocery (except Convenience) Stores (445110)

Business ALEI
0507085

Date formed
1/23/1995

Business type
Stock

Mailing address
ATTN: LICENSING 550 BOWIE STREET, AUSTIN, TX, 78703, United States

Last report filed
2022

NAICS sub code
445110

### Principal Details

Principal Name
PATRICIA D. YOST

Principal Title
Asst. Secretary

Principal Business address
550 BOWIE STREET, AUSTIN, TX, 78703, United States

Principal Residence address
1900 FRAZIER AVE, AUSTIN, TX, 78704, United States

Principal Name
KEITH MANBECK

Principal Title
President & Treasurer

Principal Business address
550 BOWIE ST, AUSTIN, TX, 78703, United States

Principal Residence address
550 BOWIE ST, AUSTIN, TX, 78703, United States

Principal Name
JAY WARREN

Principal Title
Director & Secretary

Principal Business address
550 BOWIE ST., AUSTIN, TX, 78703, United States

Principal Residence address
550 BOWIE ST., TX, AUSTIN, TX, 78703, United States

## Agent details

Agent name
C T CORPORATION SYSTEM

Agent Business address
67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408, United States

# Filing History

**Business Registration - Certificate of Authority**
**0001511348**
Filing date: 1/23/1995                                         Filing time:

Volume Type
B

Volume
3

Start page
2376

Pages
4

Date generated
1/23/1995

**Annual Report(1996)**
**0001606802**
Filing date: 3/21/1996                                         Filing time:

Volume Type
B

Volume
58

Start page
1063

Pages
3

Date generated
3/21/1996

**Amendment - Amend Name**
**0001681459**
Filing date: 12/31/1996                                       Filing time:

Volume Type
B

Volume
105

Start page
440

Pages
3

Date generated
12/31/1996

**Amendment - Amend Name**
**0001681613**
Filing date: 12/31/1996                                       Filing time:

Volume Type
B

Volume
105

Start page
786

Pages
3

Date generated
12/31/1996

**Change of Agent - Agent Change**
**0001703511**
Filing date: 3/10/1997                                        Filing time:

Volume Type
B

Volume
115

Start page
3400

Pages
1

Date generated
3/10/1997

### Annual Report(1997)
**0001733326**
Filing date: 4/7/1997                                   Filing time:

Volume Type
B

Volume
133

Start page
408

Pages
4

Date generated
4/7/1997

### Annual Report(1998)
**0001806798**
Filing date: 2/26/1998                                  Filing time:

Volume Type
B

Volume
173

Start page
3455

Pages
3

Date generated
2/26/1998

### Annual Report(1999)
**0001941557**
Filing date: 2/2/1999                                   Filing time:

Volume Type
B

Volume
247

Start page
929

Pages
3

Date generated
2/2/1999

**Change of Agent - Agent Change**
**0002040176**
Filing date: 11/12/1999                          Filing time:

Volume Type
B

Volume
300

Start page
2069

Pages
1

Date generated
11/12/1999


**Annual Report(2000)**
**0002082460**
Filing date: 3/7/2000                            Filing time:

Volume Type
B

Volume
322

Start page
2578

Pages
4

Date generated
3/7/2000


**Change of Agent - Agent Change**
**0002082484**
Filing date: 3/10/2000                           Filing time:

Volume Type
B

Volume
322

Start page
2624

Pages
1

Date generated
3/10/2000


**Change of Agent - Agent Change**

0002168104

Filing date: 10/19/2000                     Filing time:

Volume Type
B

Volume
367

Start page
971

Pages
1

Date generated
10/19/2000

**Annual Report(2001)**
**0002244341**
Filing date: 3/20/2001                      Filing time:

Volume Type
B

Volume
405

Start page
3122

Pages
4

Date generated
3/20/2001

**Change of Agent - Agent Change**
**0002368593**
Filing date: 1/23/2002                      Filing time:

Volume Type
B

Volume
468

Start page
2266

Pages
1

Date generated
1/23/2002

**Annual Report(2002)**
**0002402161**
Filing date: 2/5/2002                       Filing time:

Volume Type
B

Volume
486

Start page
1173

Pages
3

Date generated
2/5/2002

### Annual Report(2003)
**0002597519**
Filing date: 3/11/2003            Filing time:

Volume Type
B

Volume
587

Start page
3190

Pages
3

Date generated
3/11/2003

### Annual Report(2004)
**0002774270**
Filing date: 2/10/2004            Filing time:

Volume Type
B

Volume
680

Start page
2969

Pages
3

Date generated
2/10/2004

### Annual Report(2005)
**0002989164**
Filing date: 2/1/2005             Filing time:

Volume Type
B

Volume
797

Start page
2662

Pages
3

Date generated
2/1/2005

### Annual Report(2006)
**0003102208**

Filing date: 1/10/2006                    Filing time:

Volume Type
B

Volume
857

Start page
1515

Pages
3

Date generated
1/10/2006

### Change of Agent Address - Agent Address Change
**0003425011**

Filing date: 4/2/2007                     Filing time:

Volume Type

Volume

Start page

Pages

Date generated
4/2/2007

### Annual Report(2007)
**0003433004**

Filing date: 4/14/2007                    Filing time:

Volume Type
B

Volume
1029

Start page
432

Pages
3

Date generated
4/14/2007

### Annual Report(2008)

**0003648761**

Filing date: 3/24/2008                    Filing time:

Volume Type
B

Volume
1139

Start page
1472

Pages
3

Date generated
3/24/2008


**Annual Report(2009)**
**0003843045**

Filing date: 1/13/2009                    Filing time:

Volume Type
B

Volume
1239

Start page
2223

Pages
3

Date generated
1/13/2009


**Annual Report(2010)**
**0004085228**

Filing date: 1/20/2010                    Filing time:

Volume Type
B

Volume
1364

Start page
2585

Pages
3

Date generated
1/20/2010


**Annual Report(2011)**
**0004306092**

Filing date: 1/12/2011                    Filing time:

Volume Type
B

Volume
1483

Start page
3694

Pages
3

Date generated
1/12/2011

### Change of Agent Address - Agent Address Change
**0004483575**

Filing date: 12/1/2011                    Filing time:

Volume Type

Volume

Start page

Pages

Date generated
12/1/2011

### Annual Report(2012)
**0004517276**

Filing date: 2/1/2012                     Filing time:

Volume Type
B

Volume
1602

Start page
1516

Pages
3

Date generated
2/1/2012

### Annual Report(2013)
**0004792689**

Filing date: 1/31/2013                    Filing time:

Volume Type
B

Volume
1762

Start page
2796

Pages
3

Date generated
1/31/2013

## Annual Report(2014)
**0005030466**

Filing date: 1/29/2014                              Filing time:

Volume Type
B

Volume
1896

Start page
1169

Pages
3

Date generated
1/29/2014

## Annual Report(2015)
**0005269824**

Filing date: 1/30/2015                              Filing time:

Volume Type
B

Volume
2030

Start page
1507

Pages
3

Date generated
1/30/2015

## Annual Report(2016)
**0005474306**

Filing date: 1/27/2016                              Filing time:

Volume Type
B

Volume
2144

Start page
533

Pages
3

Date generated
1/27/2016

## Annual Report(2017)

0005756534

Filing date: 1/31/2017                                              Filing time:

Volume Type
B

Volume
2301

Start page
1506

Pages
3

Date generated
1/31/2017

**Annual Report(2018)**
**0006054901**

Filing date: 2/5/2018                                               Filing time:

Volume Type
B

Volume
2467

Start page
2939

Pages
3

Date generated
2/5/2018

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zz0T/5Wfos5_0rA3WPGj03NaXAXkiv.1QXrKNyZQUduY88Z0)

Volume Type
A

Volume
66

Start page
356

Pages
3

Date generated
1/31/2019

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zz0T/5Wfos5_0rA3WPGj03NaXAXkiv.1QXrKNyZQUduY88Z0)

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zYVC/g6etedmwSIEHh3rW2dT0V_YGyIkoRHCtgyMV4GRxVeU)

Volume Type
A

Volume
366

Start page
110

Pages
4

Date generated
2/26/2020

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000000zYVC/g6etedmwSIEHh3rW2dT0V_YGyIkoRHCtgyMV4GRxVeU)

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000022RHZ/LxUVb45w9U1rD5OJAVIc.0T1pWWq1T8N5rpH00rL0fM)

Volume Type
A

Volume
622

Start page
904

Pages
4

Date generated
1/29/2021

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t00000022RHZ/LxUVb45w9U1rD5OJAVIc.0T1pWWq1T8N5rpH00rL0fM)

(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002WWRd/fHqfw_Njk8Dv7yek.bz6OC8XgkOyBq4XfkibLFImBIs)

Volume Type

Volume

Start page

Pages

Date generated
1/21/2022

Digital copy
View as PDF
(https://ctds.my.salesforce.com/sfc/p/t0000000PNLu/a/t0000002WWRd/fHqfw_Njk8DvZyek.bz6OC8XgkOyBq4XfkibLFlmBls)

# Name History

Filing Number: 0001681613
**WHOLE FOODS MARKET MID-ATLANTIC, INC.**
Filing date: 12/31/1996

Filing Number: 0001681459
**FRESH FIELDS MARKETS, INC.**
Filing date: 12/31/1996

# Shares

None